**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

Mary A. Lumpkin
800 43rd Avenue
Phenix City, AL   36869-5834

3:07cv526

4a. Article Number
7099 3400 0009 2321 021

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☒ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
6-25-07

5. Received By: (Print Name)
Mary Lumpkin

6. Signature: (Addressee or Agent)
X  *Mary G. Lumpkin*

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994     102595-98-B-0229     Domestic Return Receipt

Is your RETURN ADDRESS completed on the reverse side?

Thank you for using Return Receipt Service.