IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:07CV526-MEF |
| | ) |
| MARY A. LUMPKIN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## APPLICATION TO CLERK FOR ENTRY OF DEFAULT

The Clerk for the above-entitled Court will enter default against the Defendant in the above cause for failure to plead, answer or otherwise defend in said cause as required by law.

                     LEURA G. CANARY
                     United States Attorney

BY:   /s/ R. Randolph Neeley
        R. RANDOLPH NEELEY
        Assistant United States Attorney
        BAR NO. 9083-E56R

P. O. Box 197
Montgomery, AL 36101
Office: (334) 223-7280
  Fax: (334) 223-7201

Default entered

*July 27, 2007*

BY: *[signature: Debra P. Hackett]*
     Clerk/~~Chief Deputy~~