AO 133 (Rev. 9/89) Bill of Costs

# United States District Court

_____ DISTRICT OF _____

**BILL OF COSTS**

**V.**

Case Number: _____

Judgment having been entered in the above entitled action on _____ against _____,
                                                               Date
the Clerk is requested to tax the following as costs:

Fees of the Clerk .................................................................................................................... $_____

Fees for service of summons and subpoena ........................................................................... _____

Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case _____

Fees and disbursements for printing ........................................................................................ _____

Fees for witnesses (itemize on reverse side) ........................................................................... _____

Fees for exemplification and copies of papers necessarily obtained for use in the case .......... _____

Docket fees under 28 U.S.C. 1923 ........................................................................................... _____

Costs as shown on Mandate of Court of Appeals .................................................................... _____

Compensation of court-appointed experts ............................................................................... _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 _____

Other costs (please itemize) ..................................................................................................... _____

TOTAL  $ _____

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all

## DECLARATION

   I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:

_____ .

    Signature of Attorney: _____
    Name of
    Attorney: _____

For: _____                                                                                    Date: _____
        Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgement.

                                           By: _____
_____                                _____                                _____
Clerk of Court                         Deputy Clerk                          Date

This form was electronically produced by Elite Federal Forms, Inc.

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Days | Total Cost | |
| | | | | | | | |
| | | | | | TOTAL | | |

# NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
   "Except where express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."
Rule 6 (e)
   "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."
Rule 58 (In Part)
   "Entry of the judgment shall not be delayed for the taxing of costs."